```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION

U.S. COMMODITY FUTURES          )    CIVIL ACTION
TRADING COMMISSION,             )    FILE NO: 1:05-CV-2709-CC
                                )
     Plaintiff,                 )
v.                              )
                                )
LAKE DOW CAPITAL, LLC a/k/a     )
CLIFFORD, EDWARDS & TAYLOR and  )
TY EDWARDS,                     )
                                )
     Defendants.                )
```

## MOTION TO INTERVENE

COME NOW Aiken Grading Company, Dean Conn, Conn Associates, LLC, Kesco Dynamics, Inc., Waymon Ragan, Wayne Ragan, and Ragan Enterprises, Inc. (collectively, "Movants"), pursuant to Fed. R. Civ. P. 24(a) and (b), and file this motion to intervene.

Movants are defrauded investors who have direct, substantial, and legally protectable interests in the subject matter of this action, and they are now so situated that the disposition of this action may as a practical matter impair or impede their ability to protect their interests, which are not adequately represented by the existing parties. Accordingly, Movants are entitled to intervene as a matter of right pursuant to Fed. R. Civ. P. 24(a). At the very least, Movants should be permitted to intervene pursuant to Fed. R. Civ. P. 24(b) because their claims and the main action have a question of law or fact in common, and Movants'

proposed intervention will not unduly delay or prejudice the adjudication of the rights of the original parties.

In support of this motion, Movants are submitting a memorandum of law in support.

Submitted respectfully, this 1st day of December, 2006.

                          KITCHENS KELLEY GAYNES, P.C.

                          S/David F. Cooper
                             Georgia Bar No. 185326
                             Heather D. Dawson
                             Georgia Bar No. 100169

                          COUNSEL FOR MOVANTS
                          AIKEN GRADING COMPANY, DEAN CONN, CONN ASSOCIATES, LLC, KESCO DYNAMICS, INC., WAYMON RAGAN, WAYNE RAGAN, and RAGAN ENTERPRISES, INC.

Eleven Piedmont Center, Suite 900
3495 Piedmont Road, N.E.
Atlanta, Georgia 30305
Tel: (404) 237-4100
Fax: (404) 364-0126
E-Mail: dcooper@kkgpc.com

**CERTIFICATE OF SERVICE**

    I certify that on December 1, 2006, I electronically filed the Movants' Motion to Intervene with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Lael F. Campbell, Esq.<br>Commodity Futures Trading<br> Commission<br>1155 21st Street, N.W.<br>Washington, D.C. 20581 | Henry F. Sewell, Jr., Esq.<br>McKenna, Long & Aldridge, LLP<br>303 Peachtree Street, Suite 5300<br>Atlanta, Georgia 30308 |
| Laura Bonander, Esq.<br>United States Attorney<br>600 United States Courthouse<br>75 Spring Street, S.W.<br>Suite 600<br>Atlanta, Georgia 30303 | Robert Mottern, Esq.<br>Buker, Jones & Haley, P.C.<br>115 Perimeter Center Place<br>South Terraces, Suite 170<br>Atlanta, Georgia 30346 |

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

| | |
|---|---|
| Pat Huddleston, II, Esq.<br>Huddleston & Nohr<br>707 Whitlock Avenue, Suite B-21<br>Marietta, Georgia 30064-4656 | R. Brent Hatcher, Jr., Esq.<br>Smith, Gilliam, Williams<br> & Miles, P.A.<br>P.O. Box 1098<br>Gainesville, Georgia 30503 |

                                        KITCHENS KELLEY GAYNES, P.C.

                                        <u>S/David F. Cooper</u>
                                        Georgia Bar No. 185326

                                        COUNSEL FOR MOVANTS
                                        AIKEN GRADING COMPANY, DEAN CONN, CONN ASSOCIATES, LLC, KESCO DYNAMICS, INC., WAYMON RAGAN, WAYNE RAGAN, and RAGAN ENTERPRISES, INC.

Eleven Piedmont Center, Suite 900
3495 Piedmont Road, N.E.
Atlanta, Georgia 30305
Tel: (404) 237-4100
Fax: (404) 364-0126
E-Mail: <u>dcooper@kkgpc.com</u>